FILED
RICHARD W. NAGEL
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

2022 JUL 12  PM 3:47

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.  1:22-cr-00056** |
| **Plaintiff,** | |
| | **JUDGE  COLE** |
| v. | |
| | **I N F O R M A T I O N** |
| **LIMIN YE,** | |
| | **18 U.S.C. § 2** |
| **Defendant.** | **18 U.S.C. § 922(a)(1)(A)** |
| | **18 U.S.C. § 922(m)** |
| | **18 U.S.C. § 923(a)** |
| | |
| | **FORFEITURE ALLEGATION** |

---

**THE UNITED STATES ATTORNEY CHARGES**:

## COUNT 1
### (Manufacturing Firearms with a License)

From at least on or about April 24, 2021, up to and including on or about January 29, 2022, in the Southern District of Ohio, the defendant, **LIMIN YE**, not being a licensed manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of manufacturing firearms.

**In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 923(a).**

## COUNT 2
### (Aiding and Abetting Making False Entry in Records by Federal Firearms Dealer)

On or about January 29, 2022, in the Southern District of Ohio, the defendant, **LIMIN YE**, a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly aided and abetted a false entry in a record the defendant was required to keep pursuant to Section 23 of Title 18, United States Code.

**In violation of Title 18, United States Code, Sections 922 and 2.**

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Information, the defendant, **LIMIN YE,** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

KENNETH L. PARKER
UNITED STATES ATTORNEY


*Ashley N. Brucato*

ASHLEY N. BRUCATO
ASSISTANT UNITED STATES ATTORNEY

2